UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Clifford Harvey,

    Plaintiff,                           Case No. 11-11979

v.                                     Hon. Nancy G. Edmunds

Robert Pickell, et al.,

    Defendant.

_____/

## ORDER ACCEPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

This matter has come before the Court on the Magistrate Judge's Report and Recommendation. Being fully advised in the premises and having reviewed the record and the pleadings, including the Report and Recommendation and any objections thereto, the Court hereby ACCEPTS AND ADOPTS the Magistrate Judge's Report and Recommendation. It is further ordered that Defendants' motion to dismiss [#20] is GRANTED, and Plaintiff's Complaint is DISMISSED without prejudice for failure to pay the filing fee in full. Plaintiff has had three prior matters dismissed as frivolous or for failure to state a claim, so he is precluded from filing in forma pauperis actions under 28 U.S.C. § 1915(g).

    SO ORDERED.

                               s/Nancy G. Edmunds
                               Nancy G. Edmunds
                               United States District Judge

Dated: August 1, 2012

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 1, 2012, by electronic and/or ordinary mail.

                               s/Carol A. Hemeyer
                               Case Manager